UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Garces Robes *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-981 |
| | ) |
| Ramirez, *et al*. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RELATED CASE

Plaintiffs file this Notice to inform the Court that the claims raised in this case are related to those raised in another filed case before this Court, *Sanchez-Jimenez, et al. v. McCraw, et al.,* Case No. 1:22-cv-00397-RP.

Respectfully submitted,

*/s/ David A. Donatti*
David A. Donatti (Bar No. 24097612)
Adriana C. Piñon (Bar No. 24089768 )
AMERICAN CIVIL LIBERTIES UNION OF TEXAS
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

Nathan Fennell (Bar No. 24116355)
Camilla Hsu (Bar No. 24130207)
TEXAS FAIR DEFENSE PROJECT
314 E. Highland Mall Blvd., #204
Austin, TX 78752
(512) 637-5220 x111
nfennell@fairdefense.org
chsu@fairdefense.org

Robert Haslam (Cal. Bar No. 71134)
Stanley Young (Cal. Bar No. 121180)
Miranda Rutherford* (Cal. Bar No. 336483)
COVINGTON & BURLING LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com
rhaslam@cov.com
mrutherford@cov.com
*Pro hac vice application forthcoming

Darren Teshima (Cal. Bar No. 238875)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105-2533
(415) 591-7094
dteshima@cov.com

Celin Carlo-Gonzalez (Cal. Bar No. 337749)
COVINGTON & BURLING LLP
The New York Times Building
600 Eighth Ave.
New York, NY 10018-1405
(212) 841-1088
ccarlogonzalez@cov.com

Quyên Tru'o'ng*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., NW
Washington, DC 20001-45956
(202) 662-5339
qtruong@cov.com
*Pro hac vice application forthcoming