UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EDGAR GARCES ROBLES, § <br> RAMIRO SOTO ALTAMIRANO, § <br> JUAN JOSE SOTO HERNANDEZ, § <br> RODOLFO RUIZ DE LA CRUZ, § <br> *Plaintiffs* § <br> § <br> v. § <br> § <br> MARIA RAMIREZ, IN HER § <br> INDIVIDUAL CAPACITY; JOHN § <br> CIRONE, IN HIS INDIVIDUAL § <br> CAPACITY; FELIPE GONZALEZ, § <br> IN HIS INDIVIDUAL CAPACITY; § <br> RONNY TAYLOR, IN HIS § <br> INDIVIDUAL CAPACITY; § <br> KINNEY COUNTY, BRAD COE, § <br> IN HIS INDIVIDUAL CAPACITY; § <br> RICARDO ALVARADO, IN HIS § <br> INDIVIDUAL CAPACITY; VAL § <br> VERDE COUNTY, JOE FRANK § <br> MARTINEZ, IN HIS INDIVIDUAL § <br> CAPACITY; AND RECANA § <br> SOLUTIONS, LLC, § <br> *Defendants* § | No. 1:23-CV-00981-RP |

**ORDER**

Before the Court are Defendants Brad Coe, Ricardo Alvarado, and Kinney County, Texas's Opposed Motion to Abate Discovery, Dkt. 34; Defendants Ronny Taylor and Felipe Gonzalez's Unopposed Motion to Stay Discovery, Dkt. 56; and Defendants Joe Frank Martinez and Val Verde County, Texas's Opposed Motion to Stay Discovery, Dkt. 57. The District Judge referred these motions to the undersigned for disposition. The Court set the motions for hearing, and after considering the

1

parties' filings, the applicable law, and the arguments of counsel at the hearing, the Court announced its rulings on the motions, and the reasons for those rulings, on the record. This written order confirms those rulings. In particular, the Court granted the motions to the extent they were unopposed (i.e., as to the individual defendants) and denied the motions as to the counties themselves. As further explained on the record, the Court concludes that the motions, as applied to the counties, are premature.

Accordingly, the Court **GRANTS IN PART and DENIES IN PART** Defendants Brad Coe, Ricardo Alvarado, and Kinney County, Texas's Opposed Motion to Abate Discovery, Dkt. 34. Specifically, the Court **GRANTS** the motion as to Defendants Brad Coe and Ricardo Alvarado and **DENIES** the motion as to Defendant Kinney County, Texas.

The Court likewise **GRANTS IN PART and DENIES IN PART** Defendants Joe Frank Martinez and Val Verde County, Texas's Opposed Motion to Stay Discovery, Dkt. 57. The Court **GRANTS** the motion as to Defendant Joe Frank Martinez and **DENIES** it as to Defendant Val Verde County, Texas.

Finally, the Court **GRANTS** Defendants Ronny Taylor and Felipe Gonzalez's Unopposed Motion to Stay Discovery, Dkt. 56.

SIGNED November 20, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE