UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| EDGAR GARCES ROBLES; RAMIOR SOTO ALTAMIRANO; JUAN JOSE SOTO HERNANDEZ; RODOLFO RUIZ DE LA CRUZ,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARIA RAMIREZ, in her individual capacity; JOHN CIRONE, in his individual capacity; FELIPE GONZALEZ, in his individual capacity; RONNY TAYLOR, in his individual capacity; KINNEY COUNTY; BRAD COE, in his individual capacity; RICARDO "RICK" ALVARADO, in his individual capacity; VAL VERDE COUNTY; JOE FRANK MARTINEZ, in his individual capacity; and RECANA SOLUTIONS, LLC,<br><br>*Defendants.* | Civil Action No. 1:23-cv-981 |

**ORDER GRANTING RECANA SOLUTIONS, LLC'S OPPOSED
MOTION TO STAY ALL PROCEEDINGS PENDING APPEAL**

On this day the Court considered Defendant Recana Solutions, LLC's ("Recana") Opposed Motion to Stay All Case Proceedings Pending Appeal ("Motion"). Having considered the Motion, any Responses and Replies thereto, and all other matters properly before the Court, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED and that all of the proceedings in this case are hereby stayed pending resolution by the Fifth Circuit Court of Appeals of the pending appeal on the issue of qualified immunity.

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

10927585