UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **EDGAR GARCES ROBLES, et al.,** § | |
| *Plaintiffs* § | |
| § | |
| v. § | No.  1:23-CV-00981-RP |
| § | |
| **MARIA RAMIREZ, IN HER** § | |
| **INDIVIDUAL CAPACITY, et al.,** § | |
| *Defendants* § | |

# ORDER

Plaintiffs, former detainees held in a facility operated in South Texas in connection with the State's Operation Lone Star program, sue two counties, three county officials, four State officials, and one contractor, for their roles in Plaintiffs' alleged overdetention for misdemeanor-trespass charges. *See* Dkt. 1, at 1-3, 6-9. The Defendants moved to dismiss the claims against them, with the county and State officials asserting qualified immunity. Dkts. 29, 35, 47, 51, 59, 68, 69. The District Judge denied the motions, Dkt. 88, and the county and State officials sought interlocutory review in the Fifth Circuit, Dkts. 89, 90, 93, an appeal that is now pending in that court, *see Robles v. Martinez*, No. 24-50595 (5th Cir. filed July 18, 2024). Defendants then moved to stay all proceedings in this Court pending the ruling on the officials' interlocutory appeal. Dkts. 96, 97, 102. The District Judge referred the motions, which Plaintiffs oppose, Dkts. 98, 104, to the undersigned for disposition.

The Court set the motions for hearing, Dkt. 103, and after considering the parties' filings, the record as a whole, the applicable law, and counsel's arguments at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **GRANTS** Defendants' motions, Dkts. 96, 97, and 102, and **ORDERS** that this case is **STAYED** in all respects until the pending appeal on the individual Defendants' qualified immunity has been decided and a mandate has issued. The Court **FURTHER ORDERS** Defendants to file a status report with the Court once the mandate has issued.

SIGNED September 25, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE